United States District Court
Central District of California

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA vs | | | CR 98-1300-MMM |
| T/N ANTWAN LECON FIELDS | | | CR 99-583-MMM |
| Defendant | ANTWAN FIELDS | Social Security # | 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 |
| Residence | Metropolitan Detention Center | Mailing Address | 700 East 45th Street, #A |
| | 535 N. Alameda Street | | Los Angeles, CA 90011 |
| | Los Angeles, CA 90012 | | (323) 234-9220 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on: **JULY 17, 2000**
Month / Day / Year

## COUNSEL:
__ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

XX WITH COUNSEL: **MARCIA BREWER, APT**

## PLEA:
XX GUILTY, and the Court being satisfied that there is a factual basis for the plea.

## FINDING:
There being a finding/verdict of __ GUILTY, defendant has been convicted as charged of the offense(s) of:

**Docket No. 98-01300**: 18 USC 371: Conspiracy to Commit Bank Robbery (Count 1), Class D Felony; 18 USC 2113(a)(d): Armed Bank Robbery (Count 2), Class B Felony; 18 USC 924(c): Use or Carrying a Firearm During a Crime of Violence (Count 3), Class A Felony.
**Docket No. 99-00583**: 18 USC 2113(a)(d): Armed Bank Robbery (Count 2), Class B Felony

## JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution.

It is ordered that the defendant shall pay to the United States a special assessment of $400, which is due immediately.

It is ordered that the defendant shall pay restitution in the total amount of $7,546.93 pursuant to 18 USC 3663A.

The amount of restitution ordered shall be paid as follows:

| Docket No. | Victim | Amount |
|---|---|---|
| 98-01300 | City National Bank<br>1807 Wilshire Blvd<br>Santa Monica, CA 90405 | $ 958 |
| 99-00583 | California Federal Bank<br>2900 Saviers Road<br>Oxnard, CA 93033 | $ 6,588.93 |

Restitution shall be due during the period of imprisonment, as directed by the Court or the United States Attorney, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of restitution remains unpaid after release from custody, monthly installments of at least $25 shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision.

United States District Court
Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA vs | | CR 98-1300-MMM |
| | | CR 99-583-MMM |
| Defendant T/N ANTWAN LECON FIELDS ANTWAN FIELDS | Date: | JULY 17, 2000 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued

Pursuant to 18 USC 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 USC 3612(g).

As to Docket No. 98-01300, the defendant, and his convicted co-participants, Robert Ruffin, Jr., and Shawn Yarbrough, will be held jointly and severally liable for the total amount of restitution.

As to Docket No. 99-00583, the defendant, and his convicted co-participants, Tredis Ferguson, and Christopher Grant, will be held jointly and severally liable for the total amount of restitution.

If any amount of restitution ordered remains unpaid after the termination of supervision, the balance shall be paid as directed by the United States Attorney's Office.

Until restitution has been paid in full, the defendant shall notify the United States Attorney General of any change in the defendant's mailing address or residence address, no later than thirty (30) days after the change occurs.

The defendant shall notify the Court, through the Probation Office, and the United States Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Antwan Fields, is hereby committed on Counts, 1, 2 and 3 of the Indictment in Docket No. 98-01300 and Count 2 of the Indictment in Docket No. 99-00583 to the custody of the Bureau of Prisons to be imprisoned for a term of 135 months. This term consists of 51 months on each of Counts 1 and 2 of the Indictment in Docket No. 98-01300, and Count 2 of the Indictment in Docket No. 99-00583, to be served concurrently, and 84 months on Count 3 of the Indictment in Docket No. 98-01300 to be served consecutively.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years. This term consists of five years on Counts 2 and 3 of the Indictment in Docket No. 98-01300, five years on Count 2 of the Indictment in Docket No. 99-00583, and three years on Count 1 of the Indictment in Docket No. 98-01300, all such terms to run concurrently, under the following terms and conditions: 1) The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318; 2) The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

__ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge  _____
HON. MARGARET M. MORROW

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed  _____        By _____
Month / Day / Year                                     Anel Huerta, Deputy Clerk

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs | CR 98-1300-MMM |
| | CR 99-583-MMM |
| Defendant: T/N ANTWAN LECON FIELDS ANTWAN FIELDS | Date: JULY 17, 2000 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued

medications during the period of supervision; 3) During the period of community supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 4) As directed by the Probation Officer, the defendant shall provide to the Probation Officer a signed release authorizing credit checks and an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer; 5) The defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer and shall maintain a single personal bank account into which all income, financial proceeds and gains shall be deposited and from which all expenses shall be paid.

The Court recommends that the defendant be considered by the Bureau of Prisons for the 500 hour drug treatment and shock program if the Bureau of Prisons determines that such treatment is justified on the basis of its own screening of the defendant.

The Court further recommends placement in a facility located in Southern California.

\\\

\\\

\\\

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

__ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge HON. MARGARET M. MORROW

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed 9-12-00
Month / Day / Year

By Anel Huerta, Deputy Clerk

Page 3